IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LINDA BENTHALL**<br>*Plaintiff*, | § § § | |
| VS. | § § § | Civil Action 4:15-cv-02715<br>Jury |
| **STATE FARM LLOYDS**<br>*Defendant* | § § § | |

## RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Linda Benthall and Defendant State Farm Lloyds file this Rule 41(a) Stipulation of Voluntary Dismissal with Prejudice. Each and all do hereby stipulate and agree that Plaintiff no longer wishes to pursue her lawsuit against State Farm Lloyds. The parties request that this Court issue an Order dismissing this case, with prejudice, and with each party to bear its own costs, attorney's fees and expenses.

**APPROVED:**

James C. Plummer                           Date: 12/05/18
Counsel for Plaintiff
    Mr. James C. Plummer
    Texas Bar No. 16075700
    Federal I.D. No. 3692
BERG PLUMMER JOHNSON & RAVAL
3700 Buffalo Speedway, Suite 1150
Houston, Texas 77098 (713) 526-0200
(832) 615-2665 (Fax)
jplummer@bergplummer.com
*Signed by Permission*


/s/Kathleen Crouch                          Date: 12/05/18
Counsel for Defendant
    Kathleen Crouch
    Texas Bar No. 05144310

Federal ID# 10835
Denise P. Leisten
Texas Bar No. 16394100
Federal ID# 13254
NISTICO, CROUCH & KESSLER, P.C.
1900 West Loop South, Suite 800
Houston, Texas 77027
Telephone: (713) 781-2889
Telecopier: (713) 781-7222
kcrouch@nck-law.com
dleisten@nck-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above has been served on counsel of record in accordance with Fed.R.Civ.P. 5 on this 5th day of ~~November~~ *December*, 2018, as follows:

Mr. James C. Plummer
Berg Plummer Johnson & Raval
3700 Buffalo Speedway, Suite 1150
Houston, Texas 77098
**VIA E-FILE**

/s/Denise Purcell Leisten
Denise Purcell Leisten