UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA BENTHALL, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-15-2715 |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| *Defendant*. | § | |

### ORDER

Plaintiff's stipulation of voluntary dismissal (Dkt. 49) is GRANTED. It is therefore ORDERED that this cause of action is DISMISSED with prejudice. Each party shall bear their own costs, attorneys' fees and expenses.

Signed at Houston, Texas on December 6, 2018.

_____
Gray H. Miller
United States District Judge